# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Ketanji B. | U.S. District Court for the District of Columbia | 5/5/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | Harvard University |
| 2. | Council Mmeber | ALI |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Medstar- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | 1/2/18-1/6/18 | Cambridge, MA | Harvard Trial Advocacy Workshop | Travel/Hotel/Meals |
| 2. | University of Pennsylvania | 1/25/18-1/26/18 | Philadelphia, PA | Keedy Cup Moot Court | Travel/Hotel |
| 3. | Harvard University | 02/10/18- 02/11/18 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel |
| 4. | Americna Constitution Society | 3/10/18-3/11/18 | Chicago, IL | Panel Presentation at ACS Convention | Travel/Hotel |
| 5. | Harvard University | 3/19/18-3/20/18 | Cambridge, MA | Harvard Visiting Committee | Travel/Hotel/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jackson, Ketanji B.** | 5/5/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Harvard University | 4/7/18-4/8/18 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel |
| 7. | Harvard University | 5/22/18-5/25/18 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel |
| 8. | Harvard University | 9/22/18-9/23/18 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel |
| 9. | ALI | 10/18/18-10/19/18 | NY, NY | Council Meeting | Travel/Hotel |
| 10. | JPML Conference | 10/29/18-10/31/18 | Palm Beach, FL | Muli-district Litigation Judicial Conference | Travel/Hotel/Meals |
| 11. | Drexel University | 11/15/18-11/16/18 | Philadelphia, PA | Panel Presentation at Constitution Center | Travel/Meals |
| 12. | Harvard University | 12/2/17-12/3/17 | Cambridge, MA | Board of Overseers Meeting | Travel/Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab- Morrison & Foerster Retirement Plan | | | | | | | | | |
| 2. -PRIMECAP Oddessy Growth | A | Int./Div. | J | T | | | | | |
| 3. -Schwab Inst LC Val Trust Fd Cls R | A | Int./Div. | J | T | | | | | |
| 4. -Schwab S&P 500 | A | Int./Div. | K | T | | | | | |
| 5. -Janus Triton 1 | A | Int./Div. | | | Sold | 01/01/18 | J | A | |
| 6. -Victory Integrity Sm Cap ValueY (renamed from Munder Fund) | A | Int./Div. | J | T | | | | | |
| 7. -Schwab Small Cap Index | A | Int./Div. | J | T | | | | | |
| 8. -Vanguard Mid Cap Index Ins | A | Int./Div. | J | T | | | | | |
| 9. -Artisan International Small Cap Inv | A | Int./Div. | | | Sold | 01/01/18 | J | A | |
| 10. -Dodge & Cox International Stock | A | Int./Div. | J | T | | | | | |
| 11. -Schwab Instl CorePlus Fixed Inc III | A | Int./Div. | K | T | | | | | |
| 12. T. Rowe Price International Discovery Fund | A | Int./Div. | J | T | Buy | 01/01/18 | J | | |
| 13. -Vanguard Total Intl Stock Index | A | Int./Div. | J | T | | | | | |
| 14. TIAA-Cref Money Market fund | A | Int./Div. | J | T | | | | | |
| 15. Black Rock Money Market Class A | A | Int./Div. | J | T | | | | | |
| 16. Black Rock Large Cap Core- Class A | A | Int./Div. | J | T | | | | | |
| 17. Fidelity -Medstar Retirement Program | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Freedom K-2035 Fund | D | Int./Div. | M | T | | | | | |
| 19. PNC Checking | A | Interest | J | T | | | | | |
| 20. PNC Checking | | None | K | T | | | | | |
| 21. TD Bank Checking | | None | L | T | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Ketanji B. | 5/5/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ketanji B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544